| | |
|---|---|
| 1 | SEDGWICK DETERT MORAN & ARNOLD LLP |
| | BAR NO. 126779 |
| 2 | 77 |
| | KANIKA D. ORLEY BAR NO. 223607 |
| 3 | kanika.corley@sdma.com |
| | 801 South Figueroa Street 19th Floor |
| 4 | Los Angeles California 96017-5556 |
| | Telephone: 213) 426-6900 |
| 5 | Facsimile: ( 13) 426-6921 |
| 6 | Attorneys for Defendants TACO BELL CORP. sued |
| | herein as TACO BELL CORPORATION, and~CB |
| 7 | WORLDWIDE, INC. dba DRA.FTFCB, **sued herein** |
| | as DRAFTFCB |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DANNY WAY, an individual,, | CASE NO. SACV07-1266 CJC (SSx) |
| Plaintiff, | **ORDER RE:** STIPULATED PROTECTIVE ORDER |
| v. | |
| TACO BELL CORPORATION, A California Corporation, and DRAFTFCB, A Delaware Corporation | |
| Defendants. | |

Having read and considered the Stipulation for Protective Order, this Court hereby orders the Protective Order entered.

   IT IS SO ORDERED.

Dated: May 19, 2008

                    JUDGE OF THE UNITED STATES
                         DISTRICT COURT