JS-6

| | |
|---|---|
| 1 | Dennis G. Martin Bar No. 54060 |
| | Dennis_Martin@bstz.com |
| 2 | Willmore F. Holbrow III Bar No. 169688 |
| | Willmore_Holbrow@bstz.com |
| 3 | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP |
| | 12400 Wilshire Boulevard, Seventh Floor |
| 4 | Los Angeles, California 90025 |
| | Tel:  (310) 207-3800 |
| 5 | Fax:  (310) 820-5988 |
| 6 | Attorneys for Plaintiff Danny Way |
| 7 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | JAMES J.S. HOLMES  Bar No. 126779 |
| 8 | james.holmes@sdma.com |
| | KANIKA D. CORLEY    Bar No. 223607 |
| 9 | kanika.corley@sdma.com |
| | BRIAN A. CALHOUN  Bar No. 217227 |
| 10 | brian.calhoun@sdma.com |
| | 801 South Figueroa Street, 19th Floor |
| 11 | Los Angeles, California 90017-5556 |
| | Telephone: (213) 426-6900 |
| 12 | Facsimile: (213) 426-6921 |
| 13 | Attorneys for Defendants |
| 14 | TACO BELL CORP., sued herein as TACO BELL CORPORATION and FCB WORLDWIDE, INC. dba DRAFTFCB, sued herein as DRAFTFCB |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DANNY WAY, an individual,, | CASE NO. SACV07-1266 CJC (SSx) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| TACO BELL CORPORATION, A California Corporation, and DRAFTFCB, A Delaware Corporation, | [F.R.C.P. 41(a)(1)(ii)] |
| Defendants. | |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

1  **IT IS SO ORDERED** that the above-captioned action is dismissed in its
2  entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule
3  41(a)(1)(ii), and that each party is to bear its own fees and costs.

4
5  Dated: December 16, 2008    _____
6  Honorable Cormac J. Carney
7  United States District Judge